IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KIONA JORDAN, | ) | Case No.: 07-CV-6452 |
|     Plaintiff, | ) | |
| | ) | Judge: David H. Coar |
| v. | ) | |
| | ) | Magistrate Judge: Morton Denlow |
| R&O AURORA, INC., | ) | |
|     Defendant. | ) | |

**REPORT OF PARTIES' PLANNING CONFERENCE**

Pursuant to this Court's order, Mark Pando representing Plaintiff, and John O'Conner representing the Defendant met on January 22, 2008 pursuant to Rule 26(f) to discuss:

(1) the nature and basis of their claims and defenses;

(2) the possibilities for a prompt settlement or resolution of this case;

(3) to make or arrange for the disclosures required under Rule 26(a)(1); and

(4) to develop a discovery plan.

To that end, the parties propose the following:

A. The issues in this case may be simplified by taking the following steps:

    1. The Parties will follow the scheduling order;

    2. The Parties will exhaust all settlement possibilities.

B. The following modifications to the discovery requirements of the Federal Rules of Civil Procedure or Local Rules should be made in order to expedite discovery:

    1. The Parties are in agreement that no modifications should be made to the Federal

        Rules of Civil Procedure or the Local Rules.

C.     Discovery will be needed on the following subjects:

    1.     The issues of liability;

    2.     The issues of damages; and

    3.     The affirmative defenses asserted by Defendant.

D.     Discovery should not be conducted in phases.

E.     Discovery is likely to be contentious and management of discovery should be referred to the Magistrate Judge. Yes ___ No ✓

F.     The Parties do not consent to this matter being referred to the Magistrate Judge for final disposition.

G.     The Parties have discussed the possibility of alternative dispute resolution and concluded: That the possibility of alternative dispute resolution should be revisited after initial disclosures have been served.

H.     The Parties have discussed a prompt settlement or other resolution of this matter. The Plaintiff will make a written demand 30 days after initial disclosures have been served by both Parties, and the Defendant will respond in writing 30 days after receiving the written

settlement demand.

I.      The court should consider the following methods of expediting the resolution of this matter:

| | |
|---|---|
| Respectfully Submitted,<br>Kiona Jordan, | Respectfully Submitted,<br>R&O Aurora, Inc. |
| /s Mark Pando<br>One of Plaintiff's Attorneys<br>Uche O. Asonye - 6209522<br>Mark Pando - 6283683<br>Asonye & Associates<br>11 South LaSalle Street, Suite 2140<br>Chicago, Illinois 60603<br>312.795.9110 | /s John O'Connor<br>One of Defendant's Attorneys<br>John O'Connor<br>Brian D. Esktrom<br>Hubbard & O'Connor<br>900 West Jackson Boulevard, Suite 6 West<br>Chicago, Illinois 60607<br>312.421.5960 |

## CERTIFICATE OF SERVICE

      I hereby certify that I have on this 22th day of January 2008, I served a true and accurate copy of the foregoing *Report Of The Parties' Planning Conference* upon the following by electronically filing it with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

John O'Connor, Esq.
Brian D. Esktrom, Esq.
Hubbard & O'Connor
900 West Jackson Boulevard, Suite 6 West
Chicago, Illinois 60607

                Respectfully Submitted,
                Kiona Jordan,


                /Mark Pando
                One of Her Attorneys

Uche O. Asonye - 6209522
Mark Pando - 6283693
Asonye & Associates
11 South LaSalle Street, Suite 2140
Chicago, Illinois 60603
312.795.9110