IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KIONA JORDAN,<br>　　Plaintiff, | ) <br>) <br>) | Case No.: 07-CV-6452 |
| | ) | Judge: David H. Coar |
| v. | ) <br>) | |
| | ) | Magistrate Judge: Morton Denlow |
| R&O AURORA, INC.,<br>　　Defendant. | ) <br>) | |

**RULE 16(b) SCHEDULING ORDER**

**DISCOVERY**

The following time limits and deadlines shall be applicable.

A.　All disclosures required by Rule 26(a)(1) shall be made on or before February 15, 2008.

B.　Any amendments to pleadings or actions to join other parties shall be filed on or before February 22, 2008.

C.　The cutoff of fact discovery is August 15, 2008.

D.　The Parties shall disclose expert testimony pursuant to Rule 26(a)(2) on or before September 15, 2008.

E.　The Parties may depose the other side's expert at any time prior to October 01, 2008.

F.　The Parties shall disclose any rebuttal expert pursuant to Rule 26(a)(2)(c) at any time prior to October 15, 2008.

G.　The Parties shall have until November 01, 2008 to depose the opposing party's rebuttal expert.

**MOTIONS**

Any dispositive motions to be filed on or before December 01, 2008.

**FINAL PRETRIAL ORDER AND CONFERENCE**

The final pretrial order shall be filed 90 days after the denial, in whole or in part, of any dispositive motion.

The final pretrial conference will be held on _____ at _____.m.

**TRIAL**

Trial is set in this matter on _____ at _____.m.

**STATUS HEARINGS**

A further status hearing/preliminary pretrial conference should be held on August 01, 2008.

                        Entered: _____

                        _____
                        Judge David H. Coar
                        United States District Court Judge