IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KIONA JORDAN, | ) | Case No.: 07-CV-6452 |
|     Plaintiff, | ) | |
| | ) | Judge: David H. Coar |
| v. | ) | |
| | ) | Magistrate Judge: Morton Denlow |
| R&O AURORA, INC., | ) | |
|     Defendant. | ) | |

**NOTICE OF FILING**

TO:   John O'Connor, Esq.
      Brian D. Esktrom, Esq.
      Hubbard & O'Connor
      900 West Jackson Boulevard, Suite 6 West
      Chicago, Illinois 60607

PLEASE TAKE NOTICE that on the 22th day of January, 2008, the undersigned caused to be filed with the Clerk at the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, 60604, *Rule 16(b) Scheduling Order* and corresponding *Certificate of Service*, copies of which are attached and herewith served upon you.

Respectfully Submitted,

 s/Mark Pando
One of Her Attorneys

Uche O. Asonye - 6209522
Mark Pando - 6283693
Asonye & Associates
11 South LaSalle Street, Suite 2140
Chicago, Illinois 60603
312.795.9110