## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| KIONA JORDAN, )<br>      )<br>     Plaintiff, )<br>      )<br>      )<br>v.      )<br>      )<br>R&O AURORA, INC, )<br>      )<br>      )<br>     Defendant. )<br>      ) | Civil Action No. 07 C 6452<br><br>Judge: Coar<br><br>Magistrate Judge: Denlow<br><br>Jury Trial Demanded |

### NOTICE OF FILING

To:

     Uche O. Asonye
     Asonye and Associates
     11 S. LaSalle St.
     Suite 2140
     Chicago, IL 60603
     (312) 795-9110
     courtfilings@aa-law.com

     Mark Pando
     Asonye & Associates
     11 South LaSalle Street
     Suite 2140
     Chicago, IL 60603
     (312) 795-9110
     312.795.9114 (fax)
     mark@aa-law.com

PLEASE TAKE NOTICE that on the 28th day of January, 2008, we filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Defendant R & O Aurora, Inc.'s **Answer to Complaint**, a copy of which is attached hereto and herewith served upon you.

                       s/    John O'Connor
                       Attorney for the Defendant

HUBBARD & O'CONNOR, LTD.
900 W. Jackson Blvd., Suite 6W
Chicago, IL 60607
(312) 421-5960
joconnor@hubbardoconnor.com

## Certificate of Service

I hereby certify that on January 28, 2008, a copy of the document referenced above was filed electronically with the Clerk of Court using the ECF system. Notice of this filing will be sent to counsel listed on the attached service list by operation of the Court's electronic case filing system and via U.S. Mail, postage prepaid by depositing said document at the U.S. Post Office Box located at 901 West Jackson Blvd., Chicago, IL 60607.

s/    John O'Connor
Attorney for the Defendant

John O'Connor
HUBBARD & O'CONNOR, LTD.
900 W. Jackson Blvd., Suite 6W
Chicago, IL 60607
(312) 421-5960
joconnor@hubbardoconnor.com