UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
Eastern Division

Kiona Jordan
        Plaintiff,

v.               Case No.: 1:07−cv−06452
               Honorable David H. Coar

R & O Aurora Inc
        Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Tuesday, February 5, 2008:

  MINUTE entry before Judge David H. Coar :Rule 16(b) Scheduling conference held on 2/5/2008. All disclosures required by Rule 26(a)(1) shall be made on or before 2/15/2008. Any amendments to pleadings or actions to join other parties shall be filed on or before 2/22/2008. Discovery is ordered closed on 8/15/2008. The parties shall disclose expert testimony pursuant to Rule 26(a)(2) on or before 9/15/2008. The parties may depose the other side' s expert at any time prior to 10/1/2008. The parties shall disclose any rebuttal expert pursuant to Rule 26(a)(2)( c) at any time prior to 10/15/2008. The parties may depose the opposing party's rebuttal expert by 11/1//2008. Discovery materials are not to be filed with the Court pursuant to N.D. Ill. Local Rule 26.3 (discovery "shall not be filed with the court"). Dispositive motions with supporting memoranda due by 9/15/2008 (all motions are to be in accordance to and noticed for a date certain pursuant to Local Rule 5.3(b)). Final Pretrial Order due by 1/14/2009. Final Pretrial Conference set for 1/23/2009 at 10:30 AM. Jury Trial set for 2/9/2009 at 10:00 AM. The parties are directed to review this Court's standing orders. Copies are available in chambers or through the Court's web page. Mailed notice(pm, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.