IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KIONA JORDAN, | ) | Case No.: 07-CV-6452 |
|     Plaintiff, | ) | |
| | ) | Judge: David H. Coar |
| v. | ) | |
| | ) | Magistrate Judge: Morton Denlow |
| R&O AURORA, INC., | ) | |
|     Defendant. | | |

## NOTICE OF MOTION

To:   Brian Ekstrom, Esq.
    Hubbard & O'Conner, Ltd.
    900 West Jackson Boulevard, Six West
    Chicago, Illinois 60607

On June 18, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable David H. Coar, or any other judge sitting in his place at 219 South Dearborn Street and then and there present, **PLAINTIFF'S MOTION TO COMPEL**, date-stamped copy which is hereby served upon you, at which time and place you may appear and be heard.

                                                    Respectfully Submitted,
                                                    Kiona Jordan,

                                                    /s Mark Pando
                                                    One of Her Attorneys

Uche O. Asonye - 6209522
Mark Pando - 6283693
Asonye & Associates
11 South LaSalle Street, Suite 2140
Chicago, Illinois 60603
312.795.9110