# Mark Pando

**From:** Brian Ekstrom [bekstrom@hubbardoconnor.com]
**Sent:** Thursday, April 10, 2008 5:23 PM
**To:** Mark Pando
**Subject:** Jordan v. R&O

Mark,

I just wanted to let you know that we intend to respond to your letter regarding our discovery production and also address issues we have with your discovery production in the very near future. We have gotten a bit sidetracked with other pressing matters but we don't want to give you the impression that we are blowing you off on this. Hopefully I will be able to have some correspondence to you next week regarding these matters.

Best regards,
Brian


Brian D. Ekstrom
Hubbard & O'Connor, Ltd.
900 West Jackson Blvd.
Suite 6 West
Chicago, Illinois 60607
tel 312.421.5960
fax 312.421.5310

EXHIBIT C

6/11/2008