## Mark Pando

| | |
|---|---|
| **From:** | Mark Pando |
| **Sent:** | Friday, April 25, 2008 9:35 AM |
| **To:** | 'Brian Ekstrom' |
| **Subject:** | 37.2 letter - Jordan |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Brian,

I still have not heard back from you in regards to my letter of March 28, 2008. I will have to file a motion to compel on April 30, 2008 if I do not hear back from you.

Sincerely,

Mark Pando
Asonye & Associates
11 South LaSalle Street, Suite 2140
Chicago, Illinois 60603
312.795.9110 (t)
312.795.9114 (f)
www.aa-law.com

**DO NOT read, copy or disseminate this communication** *unless you are the intended addressee. This e-mail contains confidential and/or privileged information intended only for the addressee. If you have received this communication in error, please call us immediately at (312) 795-9110 and ask to speak to the sender of the e-mail. Also, please notify the sender immediately via e-mail that you have received this communication in error.*



EXHIBIT D

6/11/2008