IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KIONA JORDAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 07 C 6452 |
| v. | ) |
| | ) Judge: Coar |
| R&O AURORA, INC, | ) |
| | ) Magistrate Judge: Denlow |
| Defendant. | ) |

### DEFENDANT'S ANSWER TO PLAINTIFF'S SECOND SET OF INTERROGATORIES

Defendant, R&O Aurora, Inc. ("R&O"), by and through its attorneys, John O'Connor and Brian Ekstrom of Hubbard & O'Connor, Ltd. and Matthew Pappas of Pappas & Schnell, hereby answer Plaintiff Kiona Jordan's ("Jordan" or "Plaintiff") Second Set of Interrogatories Directed to Defendant as follows:

### ANSWER TO INTERROGATORIES

1. State the date and each reason why Louis Greg was terminated from Defendant, identify each individual who may have knowledge of any facts regarding such, and identify what knowledge each such person may have.

**ANSWER:** Defendant objects to Interrogatory No. 1 on the basis that it is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence



because Mr. Greg was terminated after Plaintiff Kiona Jordan left the employment of Defendant.

                                    Respectfully Submitted,
                                    R&O Aurora, Inc.,

                                    One of Its Attorneys


John O'Connor
Brian Ekstrom
HUBBARD & O'CONNOR, LTD.
900 West Jackson Boulevard
Six West
Chicago, Illinois 60607
(312) 421.5960

Matthew P. Pappas
PAPPAS & SCHNELL, P.C.
1617 Second Avenue, Suite 300
Rock Island, IL 61201
Telephone: (309) 788-7110

## VERIFICATION

Under penalties as provided by law pursuant to 28 U.S.C. §1746, the undersigned certifies that she is the director of human resources of R & O Aurora, Inc.; that she has read the foregoing Defendant's Answer to Plaintiff's Second Set of Interrogatories; that she knows the contents thereof; and that said Answer is true and correct to the best of her knowledge and belief.

*Amanda K Olson*
Amanda Olson

## CERTIFICATE OF SERVICE

TO: Uche O. Asonye
Mark Pando
Asonye and Associates
11 S. LaSalle St., Suite 2140
Chicago, IL 60603

I, Brian Ekstrom, certify that I caused to be served on the foregoing **Defendant's Answer to Plaintiff's Second Set of Interrogatories** by First-Class U.S. Mail, proper postage prepaid, upon the above-named counsel for Plaintiff, on this 28th day of April, 2008, by depositing same in the U.S. Mail located at 901 West Jackson Boulevard, Chicago, Illinois 60607.

John O'Connor
Brian Ekstrom
HUBBARD & O'CONNOR, LTD.
900 W. Jackson Blvd., Suite 6 West
Chicago, IL 60607
(312) 421-5960