## Mark Pando

| | |
|---|---|
| **From:** | Mark Pando |
| **Sent:** | Tuesday, May 13, 2008 3:45 PM |
| **To:** | Brian Ekstrom |
| **Subject:** | case law - Jordan |
| **Attachments:** | Order of 09-16-2005 on Motion to Compel.pdf |

Brian,

Please review the case of *Butta-Brinkman v. FCA International, Ltd*, 164 F.R.D. 475, 1995 U.S. Dist. LEXIS 17506 (N.D. Ill. 1995) which allows for the discovery of other complaints of sexual harassment. I have also attached an order in a different case where Judge McCuskey ordered the defendant to answer an interrogatory dealing with the termination of the harasser, the personnel files of the harassers, and produce any documents relating to other claims of discrimination or harassment against the harasser. See discussion of interrogatory 19 on page 3, production requests 4 and 6 on page 5, and production request 22 on page 6.


Sincerely,


Mark Pando
Asonye & Associates
11 South LaSalle Street, Suite 2140
Chicago, Illinois 60603
312.795.9110 (*t*)
312.795.9114 (*f*)
www.aa-law.com

**DO NOT read, copy or disseminate this communication** *unless you are the intended addressee. This e-mail contains confidential and/or privileged information intended only for the addressee. If you have received this communication in error, please call us immediately at (312) 795-9110 and ask to speak to the sender of the e-mail. Also, please notify the sender immediately via e-mail that you have received this communication in error.*



EXHIBIT H

6/9/2008