IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KIONA JORDAN,<br>    Plaintiff, | ) Case No.: 07-CV-6452<br>)<br>) Judge: David H. Coar |
| v. | )<br>) Magistrate Judge: Morton Denlow |
| R&O AURORA, INC.,<br>    Defendant. | )<br>) |

### PLAINTIFF'S FIRST SET OF INTERROGATORIES
### DIRECTED TO DEFENDANT

Plaintiff, Kiona Jordan, by her undersigned attorney, requests that Defendant answer the following interrogatories under oath pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure and the Definitions and Instructions contained herein, which are hereby incorporated into and made a part of each interrogatory.

### DEFINITIONS AND INSTRUCTIONS

A. "Defendant" means the Defendant in this case, R&O Aurora, Inc. and all officers, directors, employees and agents thereof.

B. "Plaintiff" refers to Plaintiff, Kiona Jordan.

C. "Document" means any and all types of recorded information, including, but not limited to, writings, drawings, graphs, charts, photographs, phone-records, film, computer data files, and other data compilations from which information can be obtained, translated, if necessary, by Defendant into reasonably usable form.

D. "Identify" when used in reference to an individual person, means to state the person's full



name, sex, job title, period of employment, and present or last known residence and business address, present or last known telephone number, and present or last known business affiliation or position.

E. "Identify," when used in reference to a corporation or other business, means to state the business address, telephone number, and managing officer or agent.

F. "Identify," when used in reference to documents, means to state the title,

author, addresses, other recipients, date, subject matter, document type (e.g., letter, memorandum, invoice), and present location, and to identify the person presently having possession, custody or control of the document and all copies of it; provided that in all instances in which these interrogatories call for identification of documents, copies may be attached in lieu of stating the author, addresses, date, subject matter, and document type.

G. "Identify," when used in reference to things or items other than documents

means to give a brief description of the thing or item, to state the present location of the thing or item, and to identify the person presently having possession, custody, or control of the thing or item.

H. "Person" means natural persons, corporations, partnerships, ventures, and all other forms of organization or association.

I. "Communication" means any expression, exchange, or transmission of

thoughts or information, whether oral or written.

J. "You" and "your" mean the Defendant as defined herein.

K. If any information called for is withheld on the basis of a claim of privilege, set forth the nature of the claimed privilege and the nature of the information with respect to which it is

Respectfully Submitted,
Kiona Jordan,

*[signature: Mark Pando]*

One of Her attorneys
Her Attorney

Uche O, Asonye
Mark Pando
Asonye & Associates
11 South LaSalle Street, Suite 2140
Chicago, Illinois 60603
312.795.9110

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 23rd day of January 2008, served a true and accurate copy of the foregoing *Plaintiff's First Set Of Interrogatories Directed To Defendant*, to Defendant by first class mail to the following:

John O'Connor, Esq.
Brian D. Esktrom, Esq.
Hubbard & O'Connor
900 West Jackson Boulevard, Suite 6 West
Chicago, Illinois 60607

Respectfully Submitted,
Kiona Jordan,

One of her attorneys
Uche O. Asonye - 6209522
Mark Pando - 6283693
Asonye & Associates
11 South LaSalle Street, Suite 2140
Chicago, Illinois 60603
312.795.9110