# HUBBARD & O'CONNOR, LTD.
### ATTORNEYS AT LAW
900 WEST JACKSON BOULEVARD
SIX WEST
CHICAGO, ILLINOIS 60607

(312) 421-5960
FACSIMILE: (312) 421-5310

ELIZABETH L. HUBBARD
JOHN CAMPBELL O'CONNOR
BRIAN EKSTROM

June 6, 2008

*Via Facsimile and U.S. Mail*

Mark Pando
Asonye & Associates
11 South LaSalle Street
Suite 2140
Chicago, IL 60603
FAX: 312-795-9114

Re:   Jordan v. R&O Aurora, Inc., No. 07 C 6452

Dear Counsel:

This letter is sent in the spirit of Local Rule 37.2, in an effort to resolve without the need for court action the remaining discovery issues with regard to the Defendant's responses to discovery issued by Plaintiff.

First, with regard to Interrogatory 7 and Request 28 relating to Lewis Gregg's status as a supervisor for purposes of Title VII, we will continue to agree that Gregg was Plaintiff's supervisor during a period of the Plaintiff's employment during which Gregg was a supervisor and Plaintiff worked under Gregg, but we are not sure what you want in regard to being a supervisor for purposes of Title VII. Could you please explain what exactly this relates to and what the purposes of any stipulation would be?

With regard to Interrogatory 12 and Request 8, we will agree to the production of charges of sexual harassment, discrimination and retaliation from 2001 at R&O. This information is not separately compiled and it will take some time to go through all the personnel files and put it together. As such, we will get back to you by next week about when we will be able to get this information and get it to you.

With respect to the personnel files sought in Requests 30 through 39, Amanda Olson is the only decision-maker with respect to either the suspension or transfer to first shift of the Plaintiff. We will agree to produce any documents from Olson's personnel file relating to performance matters with respect to EEO matters and human resources matters. This should address your concerns with respect to these Requests.


EXHIBIT L

## HUBBARD & O'CONNOR, LTD.

In addition, please find enclosed documents Bates-stamped RO-J000127 through RO-J000176, which contain Lewis Gregg's personnel file.

Best regards,

Brian Ekstrom
HUBBARD & O'CONNOR, LTD.

Enclosure
BE/be
CC:   Matt Pappas
      R&O Specialties, Inc.