**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Kiona Jordan

                Plaintiff,

v.                                                                            Case No.: 1:07−cv−06452
                                                                              Honorable David H. Coar

R & O Aurora Inc

                Defendant.


**ORDER REFERRING A CIVIL CASE TO THE**
**DESIGNATED MAGISTRATE JUDGE**


     Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Morton Denlow for the purpose of holding proceedings related to: all discovery disputes and all discovery motions including the motion to compel, [17].(pm, )Mailed notice.


Dated: June 17, 2008

                                                                          /s/ David H. Coar

                                                                       United States District Judge