IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KIONA JORDAN,   )<br>    Plaintiff,    )<br>                )<br>v.              )<br>                )<br>R&O AURORA, INC., )<br>    Defendant.  ) | Case No.: 07-CV-6452<br><br>Judge: David H. Coar<br><br>Magistrate Judge: Morton Denlow |

**AMENDED NOTICE OF MOTION**

TO:   Brian D. Esktrom, Esq.
      Hubbard & O'Connor
      900 West Jackson Boulevard, Suite 6 West
      Chicago, Illinois 60607

On Wednesday, July 2, 2008, at 9:15 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Magistrate Judge Denlow, or any other judge sitting in his place at 219 South Dearborn Street and then and there present, *Plaintiff's Motion To Compel*, a stamped copy which is hereby served upon you, at which time and place you may appear and be heard.

                              Respectfully Submitted,

                              s/ Mark Pando
                              One Of Her Attorneys

Uche O. Asonye - 6209522
Mark Pando - 6283693
Asonye & Associates
11 South LaSalle Street, Suite 2140
Chicago, Illinois 60603
312.795.9110
312.795.9114