**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Kiona Jordan
                Plaintiff,

v.                               Case No.: 1:07−cv−06452
                                              Honorable David H. Coar

R & O Aurora Inc
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 2, 2008:

      MINUTE entry before the Honorable Morton Denlow:Motion hearing held on 7/2/2008 regarding motion to compel [17]. Motion to compel [17] is granted in part as stated in open court and withdrawn in part based on agreement of the parties as stated in open court. Plaintiff to submit written itemization of damages and settlement demand by 8/15/08. Defendant to submit written settlement offer by 8/29/08. Status hearing reset to 9/9/2008 at 10:00 AM. Status hearing set for 7/24/08 is stricken.Mailed notice(dmk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.