IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KIONA JORDAN, | ) | Case No.: 07-CV-6452 |
|     Plaintiff, | ) | |
| | ) | Judge: David H. Coar |
| v. | ) | |
| | ) | Magistrate Judge: Morton Denlow |
| R&O AURORA, INC., | ) | |
|     Defendant. | ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO SERVE LIMITED
DISCOVERY REQUESTS ON DEFENDANT BY JULY 25, 2008**

NOW COMES Plaintiff, Kiona Jordan, by her undersigned attorney, and for her motion for leave to serve limited discovery requests on Defendant by July 25, 2008, states as follows:

1. That discovery in this matter is set to close on August 15, 2008.

2. That Defendant's supplemental responses pursuant to the court hearing on July 02, 3008 were due on July 09, 2008 and July 16, 2008. That Defendant has provided some of its supplemental responses but has not fully complied with the supplementation that is required by the July 02, 2008 order.

3. That if Plaintiff serves discovery today the responses will not be timely as discovery will cut off prior to the due date.

-1-

4. That by this motion, Plaintiff seeks to have sufficient time to complete her review of the responses that Defendant has or will provide pursuant to Plaintiff's motion to compel and serve additional follow-up discovery.

5. That Plaintiff further requests that she have until September 01, 2008 to review said responses and bring motions to compel if appropriate.

6. That the granting of this motion will not require that other dates, including the summary judgment briefing schedule, be revised.

WHEREFORE, Plaintiff respectfully requests that the Honorable Court enter an order allowing Plaintiff to serve limited discovery requests on Defendant by July 25, 2008 and grant such other and further relief as the Court deems appropriate.

Respectfully Submitted,
Kiona Jordan,

/s Mark Pando
One of Her Attorneys

Uche O. Asonye - 6209522
Mark Pando - 6283693
Asonye & Associates
11 South LaSalle Street, Suite 2140
Chicago, Illinois 60603
312.795.9110

**CERTIFICATE OF SERVICE**

 I hereby certify that I have on this 21[th] day of July 2008, served a true and accurate copy of the foregoing *Plaintiff's Motion For Leave To Serve Limited Discovery Requests On Defendant By July 25, 2008*, upon the following by electronically filing it with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Brian Ekstrom, Esq.
Hubbard & O'Conner, Ltd.
900 West Jackson Boulevard, Six West
Chicago, Illinois 60607

                Respectfully Submitted,
                Kiona Jordan,


                /s Mark Pando
                One of Her Attorneys

Uche O. Asonye - 6209522
Mark Pando - 6283693
Scott Fanning - 6292790
Asonye & Associates
11 South LaSalle Street, Suite 2140
Chicago, Illinois 60603
312.795.9110