IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KIONA JORDAN, | ) | Case No.: 07-CV-6452 |
|    Plaintiff, | ) | |
| | ) | Judge: David H. Coar |
| v. | ) | |
| | ) | Magistrate Judge: Morton Denlow |
| R&O AURORA, INC., | ) | |
|    Defendant. | ) | |

**PLAINTIFF'S BRIEF IN SUPPORT OF HER**
**MOTION FOR LEAVE TO SERVE LIMITED DISCOVERY REQUESTS ON**
**DEFENDANT BY JULY 25, 2008**

NOW COMES Plaintiff, Kiona Jordan, by her undersigned attorney, and for her brief in support of her motion to extend discovery, states as follows:

Plaintiff seeks to extend discovery until September 01, 2008. The discovery deadline is currently set for August 15, 2008. In her complaint, Plaintiff alleges that she was retaliated for lodging a sexual harassment complaint. Specifically, Plaintiff alleges that she was suspended, demoted, and transferred. Defendant alleges that Plaintiff was not retaliated against. Instead, Defendant alleges that two individuals, Constance Daniels and Demetria Jenkins, came forward with information that Plaintiff fabricated the sexual harassment allegations to receive a shift change. The identity of Demetria Jenkins and the contact information for both individuals was only disclosed on July 16, 2008. (E-mails of July 16, 2008 attached as Exhibit A). Fed. R. Civ. P. 26(a)(1)(A)(i) requires the disclosure of such information and the subject of such of information known topics. (Defendant's initial disclosure attached as Exhibit B). Plaintiff would like to do discovery relating to these two individuals relating to Defendant's defense to the retaliation claims.

Additionally, Plaintiff filed a motion to compel discovery responses on June 11, 2008. (See Document 17). On June 17, 2008, this Court referred all discovery disputes to Magistrate Judge Denlow. A hearing was held on Plaintiff's motion to compel on July 02, 2008 in front of Magistrate Denlow. Pursuant to the July 02, 2008 hearing, Defendant was to provide supplemental responses by July 09, 2008 and July 16, 2008. Defendant has provided supplementation to some of the discovery requests. Defendant needs to provide supplementation to interrogatory 12 and production requests 8, 39, and 62. Defendant is also to provide written confirmation that no documents exist for production request 39, a written stipulation regarding the harasser's supervisor status as agreed upon in open court for interrogatory number 7, and a draft of a protective order for documents relating to production requests 45, 49, 50, and 51 which said documents would be produced should Plaintiff survive summary judgment.

Plaintiff has served a total of 19 interrogatories to date and is not seeking leave to serve more than the 25 interrogatories allotted. The discovery requests would be limited to information and documents related to the two aforementioned witnesses and supplementation recently provided or soon to be provided by Defendant.

WHEREFORE, Plaintiff respectfully requests that the Honorable Court enter an order allowing Plaintiff to serve limited discovery requests on Defendant by July 24, 2008 and grant such other and further relief as the Court deems appropriate.

        Respectfully Submitted,
        Kiona Jordan,

        /s Mark Pando
        One of Her Attorneys

Uche O. Asonye - 6209522
Mark Pando - 6283693
Asonye & Associates
11 South LaSalle Street, Suite 2140
Chicago, Illinois 60603
312.795.9110

**CERTIFICATE OF SERVICE**

      I hereby certify that I have on this 21th day of July 2008, served a true and accurate copy of the foregoing *Plaintiff's Brief In Support Of Her Motion For Leave To Serve Limited Discovery Requests On Defendant By July 25, 2008*, upon the following by electronically filing it with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Brian Ekstrom, Esq.
Hubbard & O'Conner, Ltd.
900 West Jackson Boulevard, Six West
Chicago, Illinois 60607

                                                Respectfully Submitted,
                                                Kiona Jordan,


                                                /s Mark Pando
                                                One of Her Attorneys

Uche O. Asonye - 6209522
Mark Pando - 6283693
Scott Fanning - 6292790
Asonye & Associates
11 South LaSalle Street, Suite 2140
Chicago, Illinois 60603
312.795.9110