## Mark Pando

**From:** Brian Ekstrom [bekstrom@hubbardoconnor.com]
**Sent:** Wednesday, July 16, 2008 3:08 PM
**To:** Mark Pando
**Subject:** Jordan v. R & O

Mark,

Here is last known contact information for the following individuals:

Constance Daniels - 619 W MARION STREET APT. 2, JOLIET IL 60436

Erica Washington - 233 DORIS AVENUE, JOLIET IL 60433

Norma Vargas is a supervisor still employed by Defendant. I am waiting for confirmation on the identity of the second individual with information regarding the plaintiff fabricating allegations.

Best regards,

Brian


Brian D. Ekstrom
Hubbard & O'Connor, Ltd.
900 West Jackson Blvd.
Suite 6 West
Chicago, Illinois 60607
tel 312.421.5960
fax 312.421.5310

Exhibit A

Page 1 of 1

## Mark Pando

**From:** Brian Ekstrom [bekstrom@hubbardoconnor.com]
**Sent:** Wednesday, July 16, 2008 3:58 PM
**To:** Mark Pando
**Subject:** Jordan v. R & O

Mark,

The second witness regarding Kiona's fabrication of allegations was:

Demetria Jenkins  34 N BROADWAY ST, APT 2F, JOLIET IL 60435


Brian D. Ekstrom
Hubbard & O'Connor, Ltd.
900 West Jackson Blvd.
Suite 6 West
Chicago, Illinois 60607
tel 312.421.5960
fax 312.421.5310