# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KIONA JORDAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 07 C 6452 |
| ) | |
| v. ) | Judge: Coar |
| ) | |
| R&O AURORA, INC, ) | Magistrate Judge: Denlow |
| ) | |
| ) | Jury Trial Demanded |
| Defendant. ) | |
| ) | |

## Defendant's Rule 26(a) Disclosures

NOW COMES the Defendant, R&O Specialties, Inc., by and through its attorneys, John O'Connor of Hubbard & O'Connor, Ltd., and Matthew Pappas of Pappas & Schnell, and pursuant to Federal Rule of Civil Procedure 26(a)(1) discloses the following information:

A.   Names and, if known, the address and telephone number of each individual likely to have discoverable information relevant to disputed facts alleged, with subject of the information:

The following persons are believed likely to have knowledge of discovery information relevant to disputed facts relating to the Plaintiff's claims and Defendant's affirmative defenses:

Amanda Olson

Louis Gregg

Ray Lindley

Don Chapman

Keith Cecil

Mike Saltzman

Robert Dillon

Constance Daniels

Norman Vargas

Seneca Carter

Klarissa James

Louis Vajko

Ray Ebner

The above named person can be contacted through counsel for Defendant.

Erica Washington, last known address and telephone number to be provided.

Investigation continues.

B.　Defendant identifies the following documents that may be used to support its denials of the allegations in the complaint and its affirmative defenses, which documents are available for inspection and copying at Plaintiff's expense.

Plaintiff's Personnel File and Documents Relating to Plaintiff's Allegations, Bates Stamped Nos. 1-93.

Investigation Continues.

C. Defendant has no knowledge of damages claimed by Plaintiff at this time. Investigation continues and this disclosure will be supplemented when responsive information is obtained.

D. Defendant has no insurance agreement which may cover the claims made by Plaintiff.

2

HUBBARD & O'CONNOR, LTD.
900 West Jackson Boulevard
Six West
Chicago, Illinois 60607
312-421-5960

Matthew P. Pappas
PAPPAS & SCHNELL, P.C.
1617 Second Avenue, Suite 300
Rock Island, Ilinois 61201
309-788-7110