**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| KIONA JORDAN,<br>    Plaintiff, | )<br>)<br>) | Case No.: 07-CV-6452 |
| v. | )<br>) | Judge: David H. Coar |
| R&O AURORA, INC.,<br>    Defendant. | )<br>)<br>) | Magistrate Judge: Sidney I. Schenkier |

**PLAINTIFF'S MOTION TO ENFORCE THE ORDER OF JULY 02, 2008**

NOW COMES Plaintiff, Kiona Jordan, by her undersigned attorney, and for her motion to enforce the order of July 02, 2008 compelling the Defendant, R&O Aurora, to provide supplemental discovery responses, states as follows:

1. That on July 02, 2008 a hearing was held on Plaintiff's motion to compel.

2. That pursuant to the July 02, 2008 hearing, Defendant was to provide supplemental discovery responses to Plaintiff by July 9, 2008 and July 16, 2008.

3. That the supplemental discovery responses that Defendant was to provide are as follows:

    a. Supplementation to interrogatory 12 and production requests 8, 39, and 62;

    b. Written statements regarding production request 38 and interrogatory number 7; and

      c.      A draft of a protective order for documents relating to production requests 45, 49, 50, and 51.

4.      That to date however, Defendant has failed to provide said supplemental discovery responses for no just cause.

WHEREFORE, Plaintiff respectfully requests that the Honorable Court enforce the order of July 02, 2008 compelling Defendant to provide supplemental discovery responses to Plaintiff, award Plaintiff costs in bringing this motion, and grant such other and further relief as the Court deems appropriate.

                                                    Respectfully Submitted,
                                                    Kiona Jordan,

                                                    /s Mark Pando
                                                    One of Her Attorneys

Uche O. Asonye - 6209522
Mark Pando - 6283693
Asonye & Associates
11 South LaSalle Street, Suite 2140
Chicago, Illinois 60603
312.795.9110

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 23$_{rd}$ day of July 2008, served a true and accurate copy of the foregoing *Plaintiff's Motion To Enforce the Order of July 02, 2008*, to Defendant's counsel by first class mail to the following:

Brian Ekstrom, Esq.
Hubbard & O'Conner, Ltd.
900 West Jackson Boulevard, Six West
Chicago, Illinois 60607

                                  Respectfully Submitted,
                                  Kiona Jordan,


                                  /s Mark Pando
                                  One of Her Attorneys

Uche O. Asonye - 6209522
Mark Pando - 6283693
Scott Fanning - 6292790
Asonye & Associates
11 South LaSalle Street, Suite 2140
Chicago, Illinois 60603
312.795.9110