## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Kiona Jordan

     Plaintiff,

v.             Case No.: 1:07−cv−06452
              Honorable David H. Coar

R & O Aurora Inc

      Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, July 30, 2008:


  MINUTE entry before the Honorable Morton Denlow: Motion hearing held on 7/30/2008 regarding motion to enforce[27]. Plaintiff's Motion to enforce [27] is denied without prejudice. Defendant to provide additional discovery on or by 9/3/08. Motions terminated: MOTION by Plaintiff Kiona Jordan to enforce the Order of July 02, 2008 [27]. Mailed notice(dmk, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.