IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KIONA JORDAN,<br>    Plaintiff, | )<br>) | Case No.: 07-CV-6452 |
| | ) | Judge: David H. Coar |
| v. | )<br>) | |
| | ) | Magistrate Judge: Morton Denlow |
| R&O AURORA, INC.,<br>    Defendant. | )<br>) | |

**PLAINTIFF'S MOTION TO EXTEND DISCOVERY**

NOW COMES Plaintiff, Kiona Jordan, by her undersigned attorney, and for her motion to extend discovery, states as follows:

1. That discovery in this matter is set to close on August 15, 2008.

2. That on June 11, 2008, Plaintiff filed her motion to compel. That said motion was heard on July 02, 2008 after the matter was referred to the Honorable Magistrate Judge Morton Denlow.

3. That Defendant's supplemental responses pursuant to the court hearing on July 02, 2008 were due on July 09, 2008 and July 16, 2008. That Defendant has provided some of its supplemental responses but has not fully complied with the supplementation that is required by the July 02, 2008 order.

4. That on July 23, 2008, Plaintiff had to file a motion to enforce the July 02, 2008 order

regarding the outstanding discovery disputes.

5. That the motion to enforce was heard on July 30, 2008 before the Honorable Magistrate Judge Morton Denlow.

6. That during the hearing on Plaintiff's motion to enforce, Defendant's counsel indicated that he has not been able to comply with the July 02, 2008 order regarding the production of documents relating to production request 8 in light of the thousands of personnel files he must review. Production request 8 seeks documents relating to sex discrimination, sexual harassment, retaliation lawsuits and charges of discrimination.

7. That the Honorable Magistrate Judge Morton Denlow allowed until September 03, 2008 for Defendant to provide supplemental responses. (See Exhibit A).

8. That in it's answer to the complaint, Defendant asserts the *Ellerth/Faragher* affirmative defense as its first affirmative defense.

9. That the documents Defendant has not yet produced relate directly to Defendant's assertion of the *Ellerth/Faragher* affirmative defense. The documents help determine whether Defendant hand in place reasonable measures to prevent and remedy sexual harassment and acted reasonably in preventing and remedying any sexual harassment.

10. That once these documents are produced, Plaintiff may need to conduct discovery with respect to the documents that Defendant may supplement in order to respond to Defendant's first affirmative defense.

11. That Plaintiff seeks 60 days from September 03, 2008 to review the produced documents and, if necessary, perform discovery on the same.

WHEREFORE, Plaintiff respectfully requests that the Honorable Court enter an order granting Plaintiff's motion to extend discovery and grant such other and further relief as the Court deems appropriate.

                                                              Respectfully Submitted,
                                                              Kiona Jordan,

                                                              /s Mark Pando
                                                              One of Her Attorneys

Uche O. Asonye - 6209522
Mark Pando - 6283693
Asonye & Associates
11 South LaSalle Street, Suite 2140
Chicago, Illinois 60603
312.795.9110

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this 1st day of August 2008, served a true and accurate copy of the foregoing *Plaintiff's Motion To Extend Discovery* upon the following by electronically filing it with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Brian Ekstrom, Esq.
Hubbard & O'Conner, Ltd.
900 West Jackson Boulevard, Six West
Chicago, Illinois 60607

        Respectfully Submitted,
        Kiona Jordan,


        /s Mark Pando
        One of Her Attorneys

Uche O. Asonye - 6209522
Mark Pando - 6283693
Scott Fanning - 6292790
Asonye & Associates
11 South LaSalle Street, Suite 2140
Chicago, Illinois 60603
312.795.9110