IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KIONA JORDAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 07 C 6452 |
| ) | |
| v. ) | Judge: Coar |
| ) | |
| R&O AURORA, INC, ) | Magistrate Judge: Denlow |
| ) | |
| ) | Jury Trial Demanded |
| Defendant. ) | |
| ) | |

**DEFENDANT'S MOTION FOR EXTENSION OF
DISPOSITIVE MOTION DEADLINE**

Defendant, R&O Aurora, Inc., by counsel, Elizabeth Hubbard, John O'Connor and Brian Ekstrom of Hubbard & O'Connor, Ltd., and Matthew Pappas of Pappas & Schnell, respectfully moves this Honorable Court to extend the deadline for filing dispositive motions in this matter. In support of this motion, Defendant states:

1. On February 6, 2008, this Court ordered the close of fact discovery in this matter on August 15, 2008. The Court also ordered dispositive motions due by September 15, 2008, other deadlines relating to expert witnesses, a final pretrial order due by January 14, 2009, a final pretrial conference for January 23, 2009 and jury trial for February 9, 2009.

2. On August 4, 2008, pursuant to motion by the Plaintiff and without hearing, the Court extended fact discovery in this matter by two months to October 15,

2008. The Court did not alter any other dates in this matter and the dispositive motions are still due by September 15, 2008.

3. In order to fully prepare any dispositive motions, the parties will need to have available any information that is produced during the discovery process at the time they prepare their dispositive motions. Because the discovery cutoff is currently set a full month after the current deadline for the parties to file dispositive motions, discoverable information bearing on any summary judgment motion may come to light after the parties have already filed dispositive motions.

4. For this reason, the Defendant moves to extend the dispositive motion deadline by two months, to November 15, 2008, in accordance with the Court's two-month extension of the fact discovery cutoff.

5. Such an extension of the dispositive motion deadline would not require the Court to change any remaining dates in this matter, including the Final Pretrial Order due by January 14, 2009, the Final Pretrial Conference set for January 23, 2008 or the jury trial set for February 9 2009.

6. Further, because the parties do not expect to utilize any expert witnesses in this matter, the dates relating to expert testimony do not need to be altered.

7. This requested extension will not prejudice either party and will not have any adverse effect on the trial date in this matter.

8. The Plaintiff does not contest this motion.

Wherefore, Defendant respectfully moves this Honorable Court for entry of an order extending the dispositive motion deadline in this matter to November 15, 2008, and any other relief the Court deems necessary.

        Respectfully submitted,

        R & O Aurora, Inc., Defendant

        /s/ Brian Ekstrom
        Attorney for Defendant

Elizabeth Hubbard
John O'Connor
Brian Ekstrom
Hubbard & O'Connor, Ltd.
900 West Jackson
Six West
Chicago, Illinois 60607
(312) 421-5960

## Certificate of Service

      I hereby certify that on August 13, 2008, a copy of the document referenced above was filed electronically with the Clerk of Court using the ECF system. Notice of this filing will be sent to counsel listed on the attached service list by operation of the Court's electronic case filing system.

                                      s/     Brian Ekstrom
                                      Attorney for the Defendant

Elizabeth Hubbard
John O'Connor
Brian Ekstrom
HUBBARD & O'CONNOR, LTD.
900 W. Jackson Blvd., Suite 6W
Chicago, IL 60607
(312) 421-5960
joconnor@hubbardoconnor.com
bekstrom@hubbardoconnor.com

4