**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| KIONA JORDAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 07 C 6452 |
| ) | |
| v. ) | Judge: Coar |
| ) | |
| R&O AURORA, INC, ) | Magistrate Judge: Denlow |
| ) | |
| ) | <u>Jury Trial Demanded</u> |
| Defendant. ) | |
| ) | |

**<u>NOTICE OF MOTION</u>**

TO:   Mark Pando
      Uche O. Asonye
      Asonye & Associates
      11 South LaSalle Street
      Suite 2140
      Chicago, IL 60603

On Tuesday, August 19, 2008 at 9:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Coar or any judge sitting in his stead, in the courtroom usually occupied by him in Room 1419 at the Courthouse located at 219 South Dearborn, Chicago, Illinois, and then and there present **Defendant's Motion for Extension of Dispositive Motion Deadline**, a copy of which is attached hereto as served upon you.

                              Respectfully submitted,
                              R&O Aurora


                              By:  s/ Brian Ekstrom
                              One of its Attorneys for Plaintiff

Elizabeth Hubbard
John O'Connor
Brian Ekstrom
HUBBARD & O'CONNOR, LTD.
Attorneys for Plaintiff
900 West Jackson, Suite Six West
Chicago, Illinois 60607
(312) 421-5960

## **PROOF OF SERVICE**

      I , Brian Ekstrom, an attorney, certify that I caused to be served on Uche Asonye and Mark Pando this notice and the attached referenced document by electronic filing with the Clerk of the court using the ECF system, which will send notification of such filing to the above-reference address on this.

                                        _s/ Brian Ekstrom_____
                                        Brian Ekstrom

John O'Connor
Elizabeth Hubbard
Brian Ekstrom
HUBBARD & O'CONNOR, LTD.
Attorneys for Plaintiff
900 West Jackson, Suite Six West
Chicago, Illinois 60607
(312) 421-5960