## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Kiona Jordan

                Plaintiff,

v.                                      Case No.: 1:07−cv−06452
                                        Honorable David H. Coar

R & O Aurora Inc

                Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 15, 2008:

      MINUTE entry before the Honorable David H. Coar:MOTION by Defendant R & O Aurora Inc for extension of time of Dispositive Motion Deadline [35] is denied. Parties need not appear on the presentment date of 8/19/2008.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.