**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| KIONA JORDAN, | ) | Case No.: 07-CV-6452 |
|     Plaintiff, | ) | |
| | ) | Judge: David H. Coar |
|     v. | ) | |
| | ) | Magistrate Judge: Sidney I. Schenkier |
| R&O AURORA, INC., | ) | |
|     Defendant. | ) | |

**PLAINTIFF'S MOTION TO ENFORCE SUBPOENAS FOR DEPOSITION**

NOW COMES Plaintiff, Kiona Jordan, through counsel and for her motion to enforce deposition subpoenas, states as follows:

1.     That on July 15, 2008, Plaintiff served Lewis Gregg with a subpoena for deposition and witness check. (See Exhibit A).  Lewis Gregg cashed the witness check.

2.     That Lewis Gregg's deposition was scheduled for July 31, 2008.

3.     That on the morning of July 31, 2008, Lewis Gregg left a message for Plaintiff's counsel stating that he would not be able to attend the deposition due to car trouble.

4.     That Plaintiff's counsel subsequently spoke to Lewis Gregg and rescheduled his deposition for August 12, 2008.

5.     That on August 12, 2008, Lewis Gregg failed to appear for his deposition.

6.    That on the same day Plaintiff's counsel spoke to Lewis Gregg via telephone regarding his deposition.  Lewis Gregg indicated that he was still having car trouble.  Plaintiff's counsel informed him that he needed to find alternative means of transportation including the train and that he had the witness check to cover his travel expenses.  Lewis Gregg's deposition was rescheduled for August 27, 2008.

7.    That on August 27, 2008, Lewis Gregg failed to appear for his deposition once more. Plaintiff's counsel has not been able to communicate with him since.

8.    That on August 21, 2008, Plaintiff served Erica Washington with a subpoena for deposition and witness check. (See Exhibit B).  Erica Washington cashed the witness check.

9.    That Erica Washington signed for the package containing the subpoena. (See Exhibit B).

10.    That Erica Washington did not appear for her deposition on September 03, 2008.

11.    That on August 20, 2008, Plaintiff served Stanley Keen with a subpoena for deposition and witness check. (See Exhibit C).

12.    That a "D. Keen " signed for the package containing the subpoena.  (See Exhibit C).

13.      That Stanley Keen spoke to Plaintiff directly and was aware that he had been subpoenaed for a deposition.

14.      That Stanley Keen did not appear for his deposition on September 03, 2008.

      WHEREFORE, Plaintiff respectfully requests that the Honorable Court enforce the subpoenas directed to Lewis Gregg, Erica Washington, and Stanley Keen and grant such other and further relief as the Court deems appropriate.

Respectfully Submitted,
Kiona Jordan,

/s Mark Pando
One of Her Attorneys

Uche O. Asonye - 6209522
Mark Pando - 6283693
Asonye & Associates
11 South LaSalle Street, Suite 2140
Chicago, Illinois 60603
312.795.9110

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have on this 08th day of July 2008, served a true and accurate copy of the foregoing *Plaintiff's Motion To Enforce Subpoenas For Depositions*, upon the following by the following methods electronically filing it with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    Brian Ekstrom, Esq.
    Hubbard & O'Conner, Ltd.
    900 West Jackson Boulevard, Six West
    Chicago, Illinois 60607
    Via Court's CM/ECF System

    Erica Washington
    233 Doris Avenue
    Joliet, Illinois 60433
    Via Regular Mail

    Stanley Keen
    301 Wheeler Avenue
    Joliet, Illinois 60436

    Lewis Gregg
    602 Summit Street
    Joliet, Illinois 60435

                                    Respectfully Submitted,
                                    Kiona Jordan,


                                    /s Mark Pando
                                    One of Her Attorneys

Uche O. Asonye - 6209522
Mark Pando - 6283693
Scott Fanning - 6292790
Asonye & Associates
11 South LaSalle Street, Suite 2140
Chicago, Illinois 60603
312.795.9110