

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

KIONA JORDAN,                    )
                                 )
         Plaintiff,              )
                                 )
    vs.                          )
                                 ) No. 07 C 6452
R & O AURORA, INC.,              )
                                 )
         Defendant.              )

The deposition of MICHAEL SALTZMAN, called by the Plaintiff for examination, taken pursuant to notice and pursuant to the Federal Rules of Civil Procedure for the United States District Courts pertaining to the taking of depositions, taken before Marcia L. Messina, Certified Shorthand Reporter and Notary Public, at the law offices of Asonye & Associates, 11 South LaSalle Street, Suite 2140, Chicago, Illinois, commencing at 9:00 a.m. on the 19th day of August, A.D., 2008.

JENSEN REPORTING
205 West Randolph Street, Suite 510
Chicago, Illinois 60606
Phone: (312) 236-6936
Fax: (312) 236-6968
www.jensenreporting.com



EXHIBIT 1



JENSEN REPORTING
Whenever you need it. Whatever it takes.

```
 1   Jeremy who was the employee accused of it.
 2       Q.   When was this -- When did this happen, the
 3   Hamilton matter?
 4       A.   That happened in 2006.
 5       Q.   And is it pending in court now?
 6       A.   I believe so because I just -- we just had to
 7   give our statements and things like that or whatever,
 8   information, dates, you know, people that we spoke with,
 9   I'd say, within the past few months maybe.
10       Q.   What lawyer is representing you?
11       A.   Is that Matt?  I don't know.
12       MS. HUBBARD:  I don't know.
13   BY MR. ASONYE:
14       Q.   Is it the same law firm that's representing
15   you in this case?
16       A.   I believe so.  I'm pretty sure it's Matt
17   Pappas.
18       Q.   Okay.
19       A.   Terry also works with him, Terry F I E L --
20       MS. HUBBARD:  F I L --
21   BY THE WITNESS:
22       A.   -- L D E S.
23       MS. REPORTER:  Can you repeat that?
24       MS. HUBBARD:  It's F I L D E S.  It's pronounced
```

1   company, yes.
2       Q.   Okay.  Was anyone suspended in that case?
3       A.   No, because the employee that was accused of
4   it had actually already been terminated for another
5   reason.  I believe he got terminated for attendance.  So
6   he was already gone by the time that the charges were
7   brought up and everything.
8       Q.   Now, who's the coworker that allegedly made
9   the sexual comment?
10      A.   In LaWanda's case?
11      Q.   Yes.
12      A.   Jeremy.  I'm trying to recall his last name.
13  I cannot think of his last name offhand.
14      Q.   What was his position?
15      A.   He was a forklift driver.
16      Q.   Was he in a supervisory capacity over
17  Hamilton?
18      A.   No, he was not.
19      Q.   Did you have any witnesses prepare
20  conversation forms on their own?
21      MS. HUBBARD:  Objection.  You're assuming facts he
22  hasn't testified to.
23  BY MR. ASONYE:
24      Q.   Well, were there conversation forms prepared?

```
 1      A.   Internal conversation forms, yes, for our
 2 company, yes.
 3      Q.   Okay.  Did you ask any of the witnesses in the
 4 case to prepare conversation forms?
 5      A.   Yes, I believe, people that were working in
 6 that area -- in LaWanda's area at the time.
 7      Q.   How many conversation forms did you take?
 8      A.   A couple maybe.  I mean, it was two years ago.
 9 I don't recall offhand.
10      Q.   Do you know if they were signed or not signed?
11      A.   I do not recall.
12      Q.   Is that matter -- The Hamilton matter, is it
13 pending with the EEOC?
14      A.   I believe so because Terry, I think, had a
15 deadline to meet when she -- I met with her, like I
16 said, it was probably in the past few months probably
17 when they were getting all the facts together and dates
18 and names and all that.  So I believe it's still pending
19 with the EEOC.
20      Q.   So when did you turn over all the documents to
21 Terry?
22      A.   Maybe in June.
23      Q.   Of what year?
24      A.   This year, 2008.
```