# FAX COVERSHEET
## HUBBARD & O'CONNOR, LTD.
900 WEST JACKSON BOULEVARD SUITE SIX WEST
CHICAGO, ILLINOIS 60607
TELEPHONE: (312) 421-5960
FACSIMILE: (312) 421-5310

**TO:** Uche Asonye and Mark Pando – Asonye & Associates

**FROM:** John O'Connor, Hubbard & O'Connor LTD

**CLIENT / MATTER:** Jordan v. R&O Aurora
Case # 07 C 6452

**DATE:** February 18, 2008

**FAX NUMBER:** 312-795-9114

**TOTAL PAGES INCLUDING COVER SHEET:** 5

**COMMENTS:**

This Message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employer or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this message in error, return the original message to us at the address listed above via United States Postal Service. Thank you.

EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KIONA JORDAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 07 C 6452 |
| ) | |
| v. ) | Judge: Coar |
| ) | |
| R&O AURORA, INC, ) | Magistrate Judge: Denlow |
| ) | |
| ) | <u>Jury Trial Demanded</u> |
| Defendant. ) | |
| ) | |

### <u>Defendant's Rule 26(a) Disclosures</u>

NOW COMES the Defendant, R&O Specialties, Inc., by and through its attorneys, John O'Connor of Hubbard & O'Connor, Ltd., and Matthew Pappas of Pappas & Schnell, and pursuant to Federal Rule of Civil Procedure 26(a)(1) discloses the following information:

A.  Names and, if known, the address and telephone number of each individual likely to have discoverable information relevant to disputed facts alleged, with subject of the information:

The following persons are believed likely to have knowledge of discovery information relevant to disputed facts relating to the Plaintiff's claims and Defendant's affirmative defenses:

Amanda Olson

Louis Gregg

Ray Lindley

Don Chapman

Keith Cecil

Mike Saltzman

Robert Dillon

Constance Daniels

Norman Vargas

Seneca Carter

Klarissa James

Louis Vajko

Ray Ebner

The above named person can be contacted through counsel for Defendant.

Erica Washington, last known address and telephone number to be provided.

Investigation continues.

B. Defendant identifies the following documents that may be used to support its denials of the allegations in the complaint and its affirmative defenses, which documents are available for inspection and copying at Plaintiff's expense.

Plaintiff's Personnel File and Documents Relating to Plaintiff's Allegations, Bates Stamped Nos. 1-93.

Investigation Continues.

C. Defendant has no knowledge of damages claimed by Plaintiff at this time. Investigation continues and this disclosure will be supplemented when responsive information is obtained.

D. Defendant has no insurance agreement which may cover the claims made by Plaintiff.

Respectfully submitted,

R & O SPECIALTIES, INC.,
Defendant

Attorney for Defendant

John O'Connor
Brian Ekstrom
Hubbard & O'Connor, Ltd.
900 West Jackson Boulevard
Six West
Chicago, Illinois 60607
(312) 421.5960

Matthew P. Pappas
PAPPAS & SCHNELL, P.C.
1617 Second Avenue, Suite 300
Rock Island, IL 61201
Telephone: (309) 788-7110

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KIONA JORDAN, | ) |
| Plaintiff, | ) ) ) |
| | ) Civil Action No. 07 C 6452 |
| v. | ) ) Judge: Coar |
| R&O AURORA, INC, | ) ) Magistrate Judge: Denlow |
| Defendant. | ) ) Jury Trial Demanded ) ) |

## CERTIFICATE OF SERVICE

TO:

Uche Asonye Mark Pando
Asonye & Associates
11 South LaSalle Street
Suite 2140
Chicago, Illinois 60603
Facsimile: 312-795-9114

I, John O'Connor, an attorney, hereby certify that I caused copies of the foregoing **Defendant's Rule 26(a) Disclosures** to be served upon the above-named counsel for Plaintiff on this 18th day of February, 2008, via facsimile at the number above and by First Class U.S. Mail, postage prepaid, by depositing same in the U.S. Mail box located at 901 West Jackson Boulevard, Chicago, Illinois 60607.

John O'Connor

John O'Connor
Elizabeth Hubbard
Brian Ekstrom

HUBBARD & O'CONNOR, LTD.
900 West Jackson Boulevard
Six West
Chicago, Illinois 60607
312-421-5960

Matthew P. Pappas
PAPPAS & SCHNELL, P.C.
1617 Second Avenue, Suite 300
Rock Island, Illinois 61201
309-788-7110