**Pappas & Schnell, PC**
Attorneys at Law

*Terri L. Fildes
tfildes@pappasandschnell.com

June 12, 2008

ILLINOIS DEPARTMENT OF HUMAN RIGHTS
ATTN: Investigator John Detwiler
Suite 10-100
100 West Randolph Street
Chicago, IL 60601

Dear Investigator Detwiler:

RE:  Complainant:      Lewanda Hamilton
     Charge No.:       2007CF3511
     Respondent:       R & O, Inc.

Pursuant to your request for information, Group O, Inc. responds as follows:

## SUPPLEMENTAL RESPONSE TO OFFICIAL EVIDENCE REQUEST NO. 7

### General Objections

A.  Respondent objects to the Official Evidence Request to the extent that they seek to impose any obligation, burden, restriction, or other condition upon Respondent.

B.  Respondent objects to the Official Evidence Request to the extent that they seek information protected against discovery by the attorney-client privilege, the attorney work-product doctrine, or any other applicable privilege.

1617 Second Avenue, Suite 300  P.O. Box 5408
Rock Island, Illinois 61204-5408
P 309.788.7110  F 309.788.2773
www.pappasandschnell.com

*Matthew P. Pappas
*Molly O'Meara Schnell
†Patrick J. Flynn
*Terri L. Fildes
Harry J. Secaras
*Karen J. Barrows
‡Melissa A. Hancock
*John P. Cratty

Counsel to the firm

*Roy W. Van Der Kamp
Stuart R. Lefstein

*Also admitted in Iowa
†Also admitted in Iowa, Minnesota and Tennessee
‡Also admitted in Iowa and Wisconsin


EXHIBIT 5

**Pappas & Schnell, PC**
Attorneys at Law

Investigator Detwiler
June 12, 2008

    C.    Respondent further objects to the Official Evidence Request in that Respondent has not completed its discovery, investigation, or preparation for fact finding conference in this matter. Accordingly, responses are provided herein, without prejudice to Respondent's right to make further objections and present additional information which is discovered.

    D.    Respondent further objects to the Official Evidence Request to the extent that they call for information and documents that are not currently in Respondent's possession, custody, or control.

    E.    Respondent reserves all rights to object to the competency, relevancy, materiality, and admissibility of the documents and information disclosed pursuant to the Official Evidence Request.

    F.    These General Objections are applicable to each and every one of the following responses and objections, and failure to repeat a General Objection in response to a specific request shall not be deemed a waiver of the objection.

**Pappas & Schnell, PC**
Attorneys at Law

Investigator Detwiler
June 12, 2008

REQUEST NO. 7: Please submit copies of documentation for all employees, other than Complainant, discharged during the period October 30, 2004, through October 30, 2006, indicating the reason for discharge and if the employee discharged has ever made a complaint about discrimination in the workplace.

RESPONSE: Objection. This request is overly broad and unduly burdensome and not relevant to the subject matter involved in this Charge and is not reasonably calculated to lead to the discovery of admissible evidence.

FIRST SUPPLEMENTAL RESPONSE: Without waiving said objection, Group O provides the following response. See attached Separation Notices, Bates-Stamped Nos. R&O 000001-R&O 000004 for female employees and Bates-Stamped Nos. R&O 000005-R&O 000023 for male employees. The Separation Notices we are providing include employees who created a "hostile work environment," or who were discharged for similar behavior to that of the Complainant. The term "hostile work environment," is not used in the sexual harassment context. The terminating managers used the term to describe behavior that was counterproductive to the work environment, not regarding a status protected under law. This characterization encompasses, for example, insubordination, threats, and foul language.

## Pappas & Schnell, PC
Attorneys at Law

Investigator Detwiler
June 12, 2008

Of those discharged in this production, two individuals Bates-Stamped Nos. R&O 000002-R&O 000003, made a complaint about discrimination in the workplace. Respondent's investigation continues.

Respectively Submitted,

PAPPAS & SCHNELL, P.C.

*Terri Fildes*

Terri L. Fildes

TLF:eks
Enclosures