## Uche Asonye

**From:** Elizabeth Hubbard [ehubbard@hubbardoconnor.com]
**Sent:** Friday, September 05, 2008 12:08 PM
**To:** Uche Asonye
**Cc:** Brian Ekstrom
**Subject:** Jordan

Hello Uche
In reviewing your client's deposition, you offered to have her sign an affidavit that the transcription you did of her handwritten notes is true and correct. Can you please get that to our office by Monday? We will be needing it for the summary judgment motion.
Thanks.

Elizabeth Hubbard

Hubbard & O'Connor, Ltd., 900 West Jackson Blvd., Suite Six West, Chicago, Illinois 60607; 312-421-5960. Email: ehubbard@hubbardoconnor.com

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employer or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this message in error, return the message to us at ehubbard@hubbardoconnor.com and delete any copies thereof. Thank you.



EXHIBIT 6

9/8/2008