## Mark Pando

**From:** Uche Asonye
**Sent:** Monday, September 08, 2008 11:07 AM
**To:** Elizabeth Hubbard
**Cc:** Brian Ekstrom; Terri L Fildes; Matthew P. Pappas
**Subject:** Jordan - documents from Defendant

Dear Libby:

Our review of the termination notices and other documents that you recently produce indicate these 3 individuals, Charla Ellis and Ysavel Ramirez and Thiasha Coleman apparently made complaints of harassment shortly before they were investigated and termination for various infractions. While we have documents some document related to the investigation directed at them after their complaints, we do not have all of the documents related to their underlying complaint, witness statements, investigation and/or discipline resulting from their original complaints. We are also entitled to documents showing whether any discipline or suspensions were issued as a result of their complaints.

As you know, Plaintiff claims that Defendant retaliated against her for complaining by leveling unfounded charges against her, demoting and transferring her. The documents at issue are relevant to both Plaintiff's retaliation claims, Defendant's affirmative defenses and were ordered produced as part of Plaintiff's motion to compel and to enforce. Let me know your position on this.

Very Truly Yours,


Uche O. Asonye
Attorney at Law
Asonye & Associates
11 South LaSalle Street #2140
Chicago, Ill 60603
(312) 795-9110
(312) 208-9110 (cell)
(312) 795-9114 (f)
uche@aa-law.com
uche_asonye@yahoo.com
www.aa-law.com



EXHIBIT A

9/8/2008