# ASONYE & ASSOCIATES

### LAW OFFICE
11 SOUTH LASALLE STREET
SUITE 2140
## CHICAGO, ILLINOIS 60603
PHONE: 312-795-9110    FACSIMILE: 312-795-9114

www.aa-law.com

UCHE O. ASONYE
MARK PANDO

uche@aa-law.com
mark@aa-law.com

September 05, 2008

**Via Facsimile and First Class Mail**
Mr. Brian Ekstron, Esq.
Hubbard & O'Connor, Ltd.
900 West Jackson Boulevard, Suite 6 West
Chicago, Illinois 60607

Re:   *Kiona Jordan v. R&O Aurora, Inc.*
      Case No.: 07-CV-6452

Dear Brian:

I am writing in regards to your recent supplementation of documents pursuant to the orders of July 02, 2008 and July 30, 2008. Defendant was supposed to provide supplemental documents to production request number 8 originally by July 16, 2008 and subsequently by September 03, 2008. Production request number 8 requests Defendant to produce "All documents which relate to any sex discrimination, sexual harassment or retaliation, assault or battery lawsuit, charge or complaint, including internal grievances, made or filed against Defendant from 2001 to the present."

Defendant supplemented its responses to production request on September 03, 2008 by providing separation notices for certain employees along with some handwritten notes relating to some of the separation notices. Late last month, Defendant also produced documents relating to approximately 30 other incidents of harassment that its attorneys were in possession of since June 2008. Your supplementation is insufficient.

For some of the incidents, only the separation notice for the harasser was provided. Defendant failed to produce the underlying documents relating to the complaints or statements made by the alleged victim or any witnesses. Furthermore, Defendant did not produce any notes from its investigations into the allegations or e-mails from Defendant's management, supervisors, or individuals investigating the allegations. A review of the documents also reflects that documents produced relate to incidents of harassment that resulted in termination. Defendant has not provided documents relating to complaints that did not result in the alleged harasser being terminated. Finally, Defendant produced only two charges of discrimination and no documents relating to lawsuits filed against

EXHIBIT
B

Defendant. Please confirm that no other charges of discrimination or lawsuits exist. Accordingly, I request that you supplement your response further to correct these deficiencies.

Very truly yours,

Mark Pando