# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Kiona Jordan

      Plaintiff,

v.              Case No.: 1:07−cv−06452
              Honorable David H. Coar

R & O Aurora Inc

      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 9, 2008:

  MINUTE entry before the Honorable Morton Denlow: Magistrate Judge Status hearing held on 9/9/2008. Motion hearing held on 9/9/2008 regarding motion to enforce[43]. Motion to enforce orders of 7/2/08 and 7/30/08 [43] is withdrawn without prejudice. Status hearing set for 12/9/2008 at 10:00 AM. Motions terminated: MOTION by Plaintiff Kiona Jordan to enforce Plaintiffs Motion To Enforce the Orders of July 02, 2008 and July 30, 2008 [43]. Motion hearing set for 9/10/08 is stricken. Mailed notice(dmk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.