

**From:** Brian Ekstrom [mailto:bekstrom@hubbardoconnor.com]
**Sent:** Wednesday, September 03, 2008 5:16 PM
**To:** Uche Asonye; Mark Pando
**Cc:** Elizabeth Hubbard; Matthew P. Pappas; Terri L Fildes
**Subject:** Jordan v. R&O supplemental discovery

Uche,

Please find attached supplemental discovery documents which, in conjunction with previously produced documents, constitute compliance with Magistrate Judge Denlow's July 30, 2008 order. Please call if you wish to discuss this matter.

Best regards,
Brian


Brian D. Ekstrom
Hubbard & O'Connor, Ltd.
900 West Jackson Blvd.
Suite 6 West
Chicago, Illinois 60607
tel 312.421.5960
fax 312.421.5310

EXHIBIT 7