

**From:** Brian Ekstrom [mailto:bekstrom@hubbardoconnor.com]
**Sent:** Monday, September 08, 2008 6:11 PM
**To:** Uche Asonye; Elizabeth Hubbard
**Cc:** Terri L Fildes; Matthew P. Pappas
**Subject:** RE: Jordan - documents from Defendant

Uche,

Please find attached documents relating to Ramirez and Ellis pursuant to your email below. It is unclear whether there are any investigation documents regarding these individuals or Coleman but we will forward them if any exist.

Brian

---

**From:** Uche Asonye [mailto:uasonye@aa-law.com]
**Sent:** Monday, September 08, 2008 10:07 AM
**To:** Elizabeth Hubbard
**Cc:** Brian Ekstrom; Terri L Fildes; Matthew P. Pappas
**Subject:** Jordan - documents from Defendant

EXHIBIT 9