## CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form.

06W0315.02

| AGENCY | CHARGE NUMBER |
|---|---|
| ☒ IDHR | 2006CF2556 |
| ☐ EEOC | |

### Illinois Department of Human Rights and EEOC

| NAME (indicate Mr. Ms. Mrs.) | HOME TELEPHONE (include area code) |
|---|---|
| Ysabel Ramirez | (708) 288-8376 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 526 Algonquin, Apt. #1 | Joliet, IL 60432 | |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME | NUMBER OF EMPLOYEES, MEMBERS 15+ | TELEPHONE (Include area code) |
|---|---|---|
| R & O, A 6 Sigma Company | | (815) 730-8223 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 707 W. Jefferson St., Suite O | Shorewood, IL 60431-7380 | Will |

| CAUSE OF DISCRIMINATION BASED ON: | DATE OF DISCRIMINATION EARLIEST (ADEA/EPA) LATEST (ALL) |
|---|---|
| SEX  RETALIATION | 2/9/06 |
| | ☐ CONTINUING ACTION |

THE PARTICULARS ARE (If additional space is needed attach extra sheets)

I.  A.  ISSUE/BASIS

UNEQUAL TERMS AND CONDITIONS OF EMPLOYMENT – SEPTEMBER 17, 2006, TO FEBRUARY 9, 2006/DUE TO SEX, FEMALE

B.  PRIMA FACIE ALLEGATIONS

1.  My sex is female.

2.  My performance as painter was satisfactory.

3.  From at least September 17, 2005 to February 17, 2006, I was subjected to unequal terms and conditions of employment by Juanita Hernandez, Supervisor, who refused to give me the equipment I needed to perform my duties in a satisfactory manner, and later criticized my performance.

Continued...lgv

| I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | SUBSCRIBED AND SWORN TO BEFORE ME ON THIS |
|---|---|
| | NOTARY SIGNATURE      MONTH DATE-YEAR 3/16/06 |
| "OFFICIAL SEAL" Krystal I. Rogers Notary Public, State of Illinois NOTARY Expires Nov. 15, 2006 | X Ysabel Ramirez    3-16-06 SIGNATURE OF COMPLAINANT    DATE |
| | I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief |

FORM 5 (5-15)

EXHIBIT
10
Blumberg No. 5208

RO-J 000656

Charge Number: 2006CE⬤
Complainant: Ysabel Ramirez
Page 2

4.  Male employees were given the equipment they needed to perform their duties in a satisfactory manner.

II.  A.  ISSUE/BASIS
HARASSMENT – SEPTEMBER 17, 2005 TO FEBRUARY 9, 2006/ DUE TO SEX, FEMALE

B.  PRIMA FACIE ALLEGATIONS
1.  My sex is female.

2.  My performance as painter was satisfactory.

3.  From at least September 17, 2006 to February 9, 2006, I was harassed by Juanita Hernandez, Supervisor, who followed me around; spread false rumors about me; gave Respondent's upper management negative reports about my conduct based on the false rumors she spread about me; gave Respondent false information about my performance; and ignored me whenever I tried to talk to her.

3.  Male employees were not harassed in this manner.

III.  A.  ISSUE/BASIS
HARASSMENT – SEPTEMBER 17, 2005 TO FEBRUARY 9, 2006/IN RETALIATION FOR OPPOSING UNLAWFUL DISCRIMINATION

B.  PRIMA FACIE ALLEGATIONS
1.  In mid 2005, I opposed unlawful discrimination by complaining to Respondent's upper management about the way in which Juanita Hernandez, Supervisor, discriminated against me due to my sex, female.

2.  From at least September 17, 2006 to February 9, 2006, I was harassed by Juanita Hernandez, Supervisor, who followed me around; spread false rumors about me; gave Respondent's upper management negative reports about my conduct based on the false rumors she spread about me; gave Respondent false information about my performance; and ignored me whenever I tried to talk to her.

3.  Respondent harassed me more after I opposed unlawful discrimination, thereby, raising an inference of retaliatory motivation.

Continued...lgv

RO-J 000657

Charge Number: 2006C●
Complainant: Ysabel Ramirez
Page 3

IV.    A.    ISSUE/BASIS
              TRANSFER – NOVEMBER 8, 2005/IN RETALIATION FOR
              OPPOSING UNLAWFUL DISCRIMINATION

        B.    PRIMA FACIE ALLEGATIONS
              1.    In mid 2005, I opposed unlawful discrimination by complaining to
                    Respondent's upper management about the way in which Juanita
                    Hernandez, Supervisor, discriminated against me due to my sex,
                    female.

              2.    On or around November 8, 2005, Don Chapman, Project Manager,
                    transferred me to another work area. The reason given was the
                    complaint I had made about Hernandez.

              3.    I was transferred from a position in which I had experience, and I could
                    and actually did a very good job, to a position in which I had no
                    experience, and which required an excessive amount of strength. More
                    strength that I had. As a result of this, since then, until this date, I have
                    been in constant pain, especially my left arm. Even very strong
                    employees who performed those duties were, according to them, in
                    constant pain.

              4.    Respondent transferred me to an exceedingly difficult position after I
                    opposed unlawful discrimination, thereby, raising an inference of
                    retaliatory motivation.

V.     A.    ISSUE/BASIS
              DISCHARGE – FEBRUARY 9, 2006/IN RETALIATION FOR
              OPPOSING UNLAWFUL DISCRIMINATION

        B.    PRIMA FACIE ALLEGATIONS
              1.    In mid 2005, I opposed unlawful discrimination by complaining to
                    Respondent's upper management about the way in which Juanita
                    Hernandez, Supervisor, discriminated against me due to my sex,
                    female.

              2.    On February 9, 2006, Don Chapman, Project Manager, discharged me.
                    The reason given was misconduct.

              3.    I was discharged based on the false allegations made once more against
                    me by Hernandez. I did nothing to deserve a discharge.

              4.    Respondent discharged me after I opposed unlawful discrimination,
                    thereby, raising an inference of retaliatory motivation.

lgv