

Uche,

Please find attached documents relating to the 23 termination notices previously produced with the Lewanda Hamilton documents. Included are documents relating to any underlying investigation or conversation forms relating to the termination of those individuals when such documents exist. For some of the individuals identified in the termination notices, no underlying documents exist in their personnel files or documents have already been produced and that is why nothing is attached for those individuals. Specifically, no underlying documents exist in the personnel files of Renee Baker, Efrian Diaz, Wesley Powell, Marcellus Pretlow or Tom Smith. Documents have already been produced for Charla Ellis, Brian Gleason, Lewis Gregg and Ysabel Ramirez.

In addition, with respect to Thiasha Coleman, whose name you brought up in recent correspondence, please see documents previously produced Bates-stamped RO-J 351 to RO-J 370 which relate to Coleman.

Please identify any other individuals for which you seek further information pursuant to the September 5 letter from Mark.

Best regards,
Brian



EXHIBIT 12