# ASONYE & ASSOCIATES

LAW OFFICE
11 SOUTH LASALLE STREET
SUITE 2140
CHICAGO, ILLINOIS 60603
PHONE: 312-795-9110     FACSIMILE: 312-795-9114
www.aa-law.com

UCHE O. ASONYE
MARK PANDO

uche@aa-law.com
mark@aa-law.com

September 10, 2008

**Via E-Mail and Facsimile**
Mr. Brian Ekstrom, Esq.
Hubbard & O'Connor, Ltd.
900 West Jackson Boulevard, Suite 6 West
Chicago, Illinois 60607

        Re:     Kiona Jordan v. R&O Aurora, Inc.
                Case No.: 07-CV-6452

Dear Mr. Ekstrom:

The order of the Court from July 2, 2008, requires that Defendant search its records thoroughly and comply with the following: provide supplemental discovery responses to Plaintiff's production request number 8 by July 16, 2008.

This requires that Defendant, search through its records; determine individuals who have made complaints or allegations of sex discrimination, sexual harassment or retaliation, assault or battery and produce all records relating to the complaints or charges.

Defendant is to produce responsive documents whether or not the alleged harasser was disciplined or terminated. Requiring that Complainant identify individuals that have made these complaints by name is unreasonable as Plaintiff does not know who they are. Defendant is in control of the records.

Your position that you will produce documents to the extent that they are identified by Plaintiff is unreasonable and amounts to a continued violation of the court order. Please review our letter of September 5, 2008, from Mark Pando as well as this one and comply with Rule 26 and the court order.

Very truly yours,

Uche Asonye /s SF

Uche O. Asonye

EXHIBIT
13
Blumberg No. 5208