IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KIONA JORDAN, | ) | Case No.: 07-CV-6452 |
|    Plaintiff, | ) | |
| | ) | Judge: David H. Coar |
| v. | ) | |
| | ) | Magistrate Judge: Morton Denlow |
| R&O AURORA, INC., | ) | |
|    Defendant. | ) | |

**NOTICE OF FILING**

TO:    John O'Connor, Esq.
        Brian D. Esktrom, Esq.
        Hubbard & O'Connor
        900 West Jackson Boulevard, Suite 6 West
        Chicago, Illinois 60607

      PLEASE TAKE NOTICE that on the 10th day of August, 2008, the undersigned caused to be filed electronically filed with the Clerk at the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, 60604, *PLAINTIFF'S SUPPLEMENTAL BRIEF IN SUPPORT OF HER MOTION TO BAR DEFENDANT FROM ASSERTING CERTAIN DEFENSES AND FILING A MOTION FOR SUMMARY JUDGMENT,* copies of which are attached and herewith served upon you.

                                      Respectfully Submitted,

                                      _s/Uche O. Asonye_
                                      One of Her Attorneys

Uche O. Asonye - 6209522
Mark Pando - 6283693
Asonye & Associates
11 South LaSalle Street, Suite 2140
Chicago, Illinois 60603
312.795.9110