IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KIONA JORDAN, | ) | Case No.: 07-CV-6452 |
|     Plaintiff, | ) | |
| | ) | Judge: David H. Coar |
| v. | ) | |
| | ) | Magistrate Judge: Morton Denlow |
| R&O AURORA, INC., | ) | |
|     Defendant. | ) | |

**AMENDED NOTICE OF MOTION**

TO:    Brian D. Esktrom, Esq.
           Hubbard & O'Connor
           900 West Jackson Boulevard, Suite 6 West
           Chicago, Illinois 60607

On Monday, September 15, 2008, at 9:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Coar, or any other judge sitting in his place at 219 South Dearborn Street and then and there present, *Plaintiff's Motion To Bar Defendant From Asserting Certain Defenses And Filing A Motion For Summary Judgment,* a stamped copy which is hereby served upon you, at which time and place you may appear and be heard.

                                                                                        Respectfully Submitted,

                                                                                      s/ Uche O. Asonye
                                                                                      One Of Her Attorneys

Uche O. Asonye - 6209522
Mark Pando - 6283693
Asonye & Associates
11 South LaSalle Street, Suite 2140
Chicago, Illinois 60603
312.795.9110
312.795.9114

**CERTIFICATE OF SERVICE**

      I hereby certify that I have on this 10th day of September 2008, served a true and accurate copy of the foregoing *AMENDED NOTICE OF MOTION*, upon the following by electronically filing it with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Brian Ekstrom, Esq.
Hubbard & O'Conner, Ltd.
900 West Jackson Boulevard, Six West
Chicago, Illinois 60607

                                          Respectfully Submitted,
                                          Kiona Jordan,

                                          /s Uche O. Asonye
                                          One of Her Attorneys

Uche O. Asonye - 6209522
Mark Pando - 6283693
Scott Fanning - 6292790
Asonye & Associates
11 South LaSalle Street, Suite 2140
Chicago, Illinois 60603
312.795.9110