## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Kiona Jordan

                Plaintiff,

v.                               Case No.: 1:07−cv−06452
                                    Honorable David H. Coar

R & O Aurora Inc

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 15, 2008:

      MINUTE entry before the Honorable David H. Coar: Motion hearing held on 9/15/2008 regarding motion to bar, [40]. Plaintiff'sMotion to bar defendant from asserting certain defenses and filing a motion for summary judgment [40] is referred (under the current referral order, document # 19) to Judge Denlow for hearing and ruling. Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.