IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KIONA JORDAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 07 C 6452 |
| | ) |
| v. | ) Judge: Coar |
| | ) |
| R&O AURORA, INC, | ) Magistrate Judge: Denlow |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Now Comes the Defendant, R&O Aurora, Inc., by and through its attorneys Elizabeth Hubbard and Brian Ekstrom of Hubbard & O'Connor, Ltd. and Matt Pappas and Terri Fildes of Pappas & Schnell, P.C., and pursuant to Federal Rules of Civil Procedure 56, respectfully requests that summary judgment be awarded in its favour and against the Plaintiff because there is no genuine issue of material fact and the Defendant is entitled to a judgment in its favour as a matter of law. Defendant offers its Material Statement of Facts and Memorandum of Law in support of its request for an award of summary judgment.

              Respectfully Submitted,
              R&O AURORA, INC. DEFENDANT


              BY: s/ Elizabeth Hubbard
              One of Its Attorneys

Elizabeth L. Hubbard
Brian Ekstrom
HUBBARD & O'CONNOR, LTD.
900 West Jackson Blvd. - Suite Six West
Chicago, IL 60607
Telephone: (312) 421-5960
Email: ehubbard@hubbardandoconnor.com

Matthew P. Pappas
Terri L. Fildes
PAPPAS & SCHNELL, P.C.
1617 Second Avenue – Suite 300
Rock Island, IL 61204
Telephone:    (309) 788-7110
Email: mpappas@pappasandschnell.com

ATTORNEYS FOR DEFENDANT

### CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2008, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Elizabeth Hubbard

Uche O. Asonye
Mark Pando
Asonye & Associates
11 South LaSalle Street
Suite 2140
Chicago, IL 60603
courtfilings@aa-law.com