**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| KIONA JORDAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 07 C 6452 |
| ) | |
| v. ) | Judge: Coar |
| ) | |
| R&O AURORA, INC, ) | Magistrate Judge: Denlow |
| ) | |
| ) | <u>Jury Trial Demanded</u> |
| Defendant. ) | |
| ) | |

**NOTICE OF MOTION**

TO: Uche O. Asonye
Mark Pando
Asonye & Associates
11 South LaSalle Street
Suite 2140
Chicago, IL 60603
courtfilings@aa-law.com

  On Thursday, September 18, 2008 at 9:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Coar or any judge sitting in his stead, in the courtroom usually occupied by him in Room 1419 at the Courthouse located at 219 South Dearborn, Chicago, Illinois, and then and there present **Defendant's Motion for Summary Judgment**, a copy of which is attached hereto as served upon you.

            Respectfully submitted,
            R&O Aurora, Inc.


            By:  s/ Elizabeth Hubbard
            One of its Attorneys for Plaintiff

Elizabeth Hubbard
John O'Connor
Brian Ekstrom
HUBBARD & O'CONNOR, LTD.
Attorneys for Plaintiff
900 West Jackson, Suite Six West
Chicago, Illinois 60607
(312) 421-5960

## CERTIFICATE OF SERVICE

      I, Elizabeth Hubbard, an attorney, certify that I caused to be served on Uche Asonye and Mark Pando this notice and the attached referenced document by electronic filing with the Clerk of the court using the court's electronic filing system, which will send notification of such filing to the above-reference address on this 15th day of September, 2008.

                                    _s/ Elizabeth Hubbard_____
                                    Elizabeth Hubbard

John O'Connor
Elizabeth Hubbard
Brian Ekstrom
HUBBARD & O'CONNOR, LTD.
Attorneys for Plaintiff
900 West Jackson, Suite Six West
Chicago, Illinois 60607
(312) 421-5960