**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

Kiona Jordan
       Plaintiff,

v.             Case No.: 1:07−cv−06452
             Honorable David H. Coar

R & O Aurora Inc
       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 16, 2008:

  MINUTE entry before the Honorable David H. Coar: Set deadlines as to motion for summary judgment[49] : Responses due by 10/17/2008, Replies due by 10/31/2008. MOTION for summary judgment [49] is taken under advisement − ruling to issue by mail. Parties need not appear on the presentment date of 9/18/2008.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.