```
 1                TRANSCRIBED FROM DIGITAL RECORDING

 2              IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF ILLINOIS
 3                        EASTERN DIVISION

 4
    KIONA JORDAN,                    )
 5                                   )
                   Plaintiff,        )
 6                                   )    Case No. 07 C 6452
    -vs-                             )
 7                                   )    Chicago, Illinois
    R & O AURORA, INC.,              )    July 30, 2008
 8                                   )    9:14 a.m.
                   Defendant.        )
 9
                       TRANSCRIPT OF PROCEEDINGS
10       BEFORE THE HONORABLE MORTON DENLOW, MAGISTRATE JUDGE

11  APPEARANCES:

12
    For the Plaintiff:      MR. MARK PANDO
13                          Asonye & Associates
                            11 South LaSalle Street
14                          Suite 2140
                            Chicago, IL  60603
15                          (312) 795-9110

16  For the Defendant:      MR. BRIAN D. EKSTROM
                            Hubbard & O'Connor, Ltd.
17                          900 West Jackson Boulevard
                            Six West
18                          Chicago, IL  60607
                            (312) 421-5960

19

20

21  Transcriber:

22             KATHLEEN M. FENNELL, CSR, RMR, FCRR
                      Official Court Reporter
23                 United States District Court
         219 South Dearborn Street, Suite 2144-A
24                   Chicago, Illinois  60604
                  Telephone:  (312) 435-5569
25       email:  Kathleen_Fennell@ilnd.uscourts.gov
```

EXHIBIT B

```
 1    (Proceedings heard in open court:)
 2         THE CLERK:  07 C 6452, Jordan versus R & O Aurora.
 3         MR. EKSTROM:  Good morning, your Honor.  Brian
 4  Ekstrom on behalf of defendant.
 5         MR. PANDO:  Good morning, your Honor.  Mark Pando on
 6  behalf of the plaintiff.
 7         THE CLERK:  Can you spell your last names, please?
 8         THE COURT:  Hang on one second.
 9         Okay, could you identify yourselves?
10         THE CLERK:  We just need you to spell your names,
11  please.
12         MR. EKSTROM:  Brian Ekstrom, E-K-S-T-R-O-M.
13         MR. PANDO:  Mark Pando, P-A-N-D-O.
14         THE CLERK:  Thank you.
15         THE COURT:  So this is plaintiff's motion to enforce,
16  so let me hear from the defendant.
17         MR. EKSTROM:  Your Honor, essentially it's a motion
18  to compel.  I think as you said last time we were here, most
19  of this could have been avoided with a phone call.  The same
20  is true here.
21         As it stands now, all but one of the issues raised in
22  the motion have been resolved, and the only issue remaining is
23  with regard to one of the interrogatories and one of the
24  document requests.
25         On July 2nd, you issued an order with regard to one
```

1  of the issues raised by the plaintiff. That's been resolved.
2  We complied with the order.
3       THE COURT: What's still outstanding?
4       MR. EKSTROM: Complaints against the defendant of
5  sexual harassment going back to 2001. At the time we agreed
6  to produce those, it was our understanding that those
7  documents were compiled. They are not.
8       So what's required is to go through each personnel
9  file of the defendant, which there are thousands of, going
10 back to 2001. We have not been able to do that as of yet.
11      THE COURT: Did you contact Mr. Pando and tell him
12 that you're having a problem doing those?
13      MR. EKSTROM: Yes, I did, your Honor.
14      THE COURT: I mean did you tell him that before he
15 filed the motion?
16      MR. EKSTROM: I believe so, your Honor, yes.
17      THE COURT: Okay. So are you in the process of doing
18 it or --
19      MR. EKSTROM: We are in the process of doing that.
20 I'd actually been out to Aurora to try to get these documents,
21 and it turns out that only current employees and documents --
22 or employees terminated in 2007 and 2008 are located in
23 Aurora, and employees terminated before 2007 are actually
24 either -- personnel files are actually in the Quad Cities.
25      So I haven't found time to make my way to the Quad

1  Cities to try to get those documents yet.
2      THE COURT: Okay, there's thousands of these that you
3  have to go through?
4      MR. EKSTROM: Thousands of employees. They have a
5  lot of employees, your Honor, and I didn't realize it was
6  going to be as burdensome. I thought they had this
7  information compiled, but they don't.
8      THE COURT: Okay. What else do you need to respond
9  to?
10     MR. PANDO: He's pretty much responded to everything
11  either the day I filed the motion or this morning.
12     THE COURT: Okay. Then the motion to enforce is
13  denied without prejudice if he doesn't get the last piece in,
14  so go ahead and do the best you can on that last piece.
15     MR. PANDO: Would there be some type of deadline as
16  to when? I've been trying to --
17     THE COURT: Well, it sounds like it's a major -- a
18  much larger undertaking than he -- than he expected. I'll
19  give you five weeks to -- will that give you enough time?
20     MR. EKSTROM: It should, your Honor.
21     THE COURT: Five weeks to complete that.
22     MR. PANDO: Thank you, your Honor.
23     THE COURT: Do we have a date in the case?
24     THE CLERK: September 9th.
25     THE COURT: What?

1   THE CLERK: September 9th for status.
2   THE COURT: All right. So the motion is denied
3 without prejudice. Defendant has five weeks to provide the
4 additional discovery.
5   Okay, thank you.
6   MR. PANDO: Thank you, your Honor.
7   MR. EKSTROM: Thank you, your Honor.
8   (Which were all the proceedings heard.)
9                         CERTIFICATE
10   I certify that the foregoing is a correct transcript from
11 the digital recording of proceedings in the above-entitled
12 matter to the best of my ability, given the limitations of
13 using a digital-recording system.
14
15   *Kathleen M. Fennell*                    *September 12, 2008*
16   _____          _____
    Kathleen M. Fennell                         Date
17  Official Court Reporter
18
19
20
21
22
23
24
25