# HUBBARD & O'CONNOR, LTD.
ATTORNEYS AT LAW
900 WEST JACKSON BOULEVARD
SIX WEST
CHICAGO, ILLINOIS 60607

(312) 421-5960
FACSIMILE: (312) 421-5310

ELIZABETH L. HUBBARD
JOHN CAMPBELL O'CONNOR
BRIAN EKSTROM

September 10, 2008

Mr. Uche Asonye
Asonye & Associates
11 South LaSalle Street
Suite 2140
Chicago, Illinois 60603

    Re: Jordan v. R&O
    07 CV 6452

Dear Mr. Asonye:

    I am responding to your office's recent correspondence concerning your document request number 8. Contrary to your representations, I do not find that the docket substantiates your representations about what the court has ordered. On two occasions you have simply withdrawn your motion to compel. As of yesterday, Judge Denlow stated that your motion was being withdrawn based on your office's representations that these matters were in the process of resolution. Your office has also previously withdrawn motions to compel for the very same reason.



EXHIBIT E

HUBBARD & O'CONNOR, LTD.

Nonetheless, here is the substantive response on your recent correspondence:

1. All files for all terminated employees from 2001 to the present have been reviewed. All documents responsive to your request #8 have been produced to you. All charges of employment discrimination have been produced to you for any one who has complained of sexual harassment or related sexual conduct.

2. In correspondence to you on June 6, 2008, pursuant to Rule 37.2, we agreed to produce all "**charges** of sexual harassment, discrimination and retaliation from 2001 at R&O." The production was thus limited to factually similar situations to what your client alleges and limited to sexual harassment charges.

3. In your motion to compel, filed on June 11, 2008, paragraph 22, you agreed to this limitation as you stated that production request #8 seeks "information and documents to all other sexual harassment **charges and lawsuits** filed against the Defendant...."

4. We have produced those documents to you. We have produced more than we are required to produce to you, as you now have the back story documents on the other suspension notices from the Hamilton file.

5. We have consistently operated on the assumption that what you want is what you said you wanted in your motion to compel and you have received it. There are no further documents to produce to you and we cannot produce what we do not have.

6. If you are now changing your mind at the eleventh hour and asking for all documents of anyone who was possibly accused of some type of sexual conduct since 2001 to the present, we will be conducting an examination of thousands of employee files, if the employee is still with R&O. Hypothetically, if someone accused an employee of what the person considered

2

HUBBARD & O'CONNOR, LTD.

to be sexual behavior in 2002, the matter was investigated and the accused is still employed at R&O, you will not have those documents by Monday. Discovery does not close until October 15, 2008 and I frankly have no idea if the company can complete such a, frankly irrelevant, search by then, but upon your instruction, I will tell them to do so.

7. Our search for records have never been limited to people you identify. Brian's reference in the email last night was simply an effort to find out if there were any other people you wanted us to research further.

8. In my opinion, your request is wholly irrelevant under Faragher/Ellerth sexual harassment judicial decisions and far too broad in scope, but in an effort to work out discovery issues with you, we have done so. I hope this letter answers your concerns. Needless to say, your characterization that we are somehow continuing to violate some court order is not accurate. We have made every effort to comply with your discovery requests and we will now proceed to file our motion for summary judgment.

Very Truly Yours,
HUBBARD & O'CONNOR, LTD.

Elizabeth Hubbard

# FAX COVERSHEET
## HUBBARD & O'CONNOR, LTD.
900 WEST JACKSON BOULEVARD SUITE SIX WEST
CHICAGO, ILLINOIS 60607
TELEPHONE: (312) 421-5960
FACSIMILE: (312) 421-5310

TO: Uche Asonye and Mark Pando – Asonye & Associates

FROM: Elizabeth Hubbard

CLIENT / MATTER: Jordan v. R&O Aurora
Case # 07 C 6452

DATE: September 10, 2008

FAX NUMBER: 312-795-9114

TOTAL PAGES INCLUDING COVER SHEET: 4

**COMMENTS:**

The attached to follow via regular mail.

This Message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employer or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this message in error, return the original message to us at the address listed above via United States Postal Service. Thank you.