IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KIONA JORDAN, | ) | Case No.: 07-CV-6452 |
|     Plaintiff, | ) | |
| | ) | Judge: David H. Coar |
| v. | ) | |
| | ) | Magistrate Judge: Morton Denlow |
| R&O AURORA, INC., | ) | |
|     Defendant. | ) | |

**NOTICE OF MOTION**

TO:  Brian D. Ekstrom, Esq.
Hubbard & O'Connor
900 West Jackson Boulevard, Suite 6 West
Chicago, Illinois 60607

On Monday, September 22, 2008, at 9:15 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Magistrate Judge Denlow or any other judge sitting in his place at 219 South Dearborn Street and then and there present, *Plaintiff's Second Renewed Motion To Enforce the Orders of July 02, 2008 and July 30, 2008*, a stamped copy which is hereby served upon you, at which time and place you may appear and be heard.

                                        Respectfully Submitted,
                                        Kiona Jordan

                                        s/ Uche Asonye
                                        One Of Her Attorneys

Uche O. Asonye - 6209522
Mark Pando - 6283693
Asonye & Associates
11 South LaSalle Street, Suite 2140
Chicago, Illinois 60603
312.795.9110
312.795.9114