IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KIONA JORDAN, | ) | Case No.: 07-CV-6452 |
|     Plaintiff, | ) | |
| | ) | Judge: David H. Coar |
| v. | ) | |
| | ) | Magistrate Judge: Morton Denlow |
| R&O AURORA, INC., | ) | |
|     Defendant. | ) | |

**AMENDED NOTICE OF MOTION**

To:   See Attached Service List

On Monday, September 22, 2008 at 9:15 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Magistrate Judge Denlow or any other judge sitting in his place at 219 South Dearborn Street and then and there present, *Plaintiff's Motion To Enforce Subpoenas For Depositions*, a stamped copy which is hereby served upon you, at which time and place you may appear and be heard.

                                                Respectfully Submitted,
                                                Kiona Jordan

                                                s/ Mark Pando
                                                One Of Her Attorneys

Uche O. Asonye - 6209522
Mark Pando - 6283693
Asonye & Associates
11 South LaSalle Street, Suite 2140
Chicago, Illinois 60603
312.795.9110
312.795.9114

## **CERTIFICATE OF SERVICE**

I hereby certify that I have on this 17th day of September 2008, served a true and accurate copy of the foregoing *Amended Notice of Motion*, upon the following by the following methods:

Brian Ekstrom, Esq.
Hubbard & O'Conner, Ltd.
900 West Jackson Boulevard, Six West
Chicago, Illinois 60607
Via Court's CM/ECF System

Erica Washington
233 Doris Avenue
Joliet, Illinois 60433
Via Regular Mail

Stanley Keen
301 Wheeler Avenue
Joliet, Illinois 60436
Via Regular Mail

Lewis Gregg
602 Summit Street
Joliet, Illinois 60435
Via Regular Mail

    Respectfully Submitted,
    Kiona Jordan,


    /s Mark Pando
    One of Her Attorneys

Uche O. Asonye - 6209522
Mark Pando - 6283693
Scott Fanning - 6292790
Asonye & Associates
11 South LaSalle Street, Suite 2140
Chicago, Illinois 60603
312.795.9110